[No. 11697-9-II.  Division Two.  March 10, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KENNEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 85-1-00030-2, Terence Hanley, J., entered January 15, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 11773-8-II.  Division Two.  March 10, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. YOSHIO K. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-00525-1, Thomas A. Swayze, Jr., J., entered February 22, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 11563-8-II.  Division Two.  March 10, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. BARTLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00441-2, Terence Hanley, J., entered November 19, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.